**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

December 15, 2020

**LETTER ORDER**

Re: **SANTOS v. THE TRUSTEES FOR THE INTERNATIONAL PAINTERS AND ALLIED TRADES PENSION FUND et al**
**Civil Action No. 20-9182 (JMV)**

Dear Counsel:

As discussed during the conference held in the above-captioned matter earlier today, the Court orders the following:

1. Plaintiff shall file his motion regarding why additional discovery beyond the administrative record should be permitted no later than **January 15, 2021.**

2. Defendant shall respond to Plaintiff's motion no later than **February 15, 2021.**

3. Plaintiff shall file his reply, if any, by **February 22, 2021.**

4. The motion shall be listed as returnable on **March 1, 2021.**

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**