JENNINGS SIGMOND, P.C.
Judith A. Sznyter (Bar ID: 027542004)
1835 Market Street, Suite 2800
Philadelphia, PA  19103
(215) 351-0641
Email: jsznyter@jslex.com
Attorneys for Defendants

_____

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN SANTOS, | : |
|  | : No. 2:20-cv-09182 |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| THE INTERNATIONAL PAINTERS AND | : DEFENDANTS' OPPOSITION TO |
| ALLIED TRADES INDUSTRY PENSION | : PLAINTIFF'S BRIEF OF MOTION AS TO |
| FUND, *et al.*, | : WHY ADDITIONAL DISCOVERY |
|  | : BEYOND THE ADMINISTRATIVE |
| Defendants. | : RECORD IS REQUIRED |

### DEFENDANTS' OPPOSITION TO
### PLAINTIFF'S BRIEF OF MOTION AS TO WHY ADDITIONAL DISCOVERY BEYOND THE ADMINISTRATIVE RECORD IS REQUIRED

Defendants, International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and the Board of Trustees of the International Painters and Allied Trades Industry Pension Fund ("Board of Trustees" and, together with Pension Fund, "Defendants"), by and through undersigned counsel, file this Opposition to the Brief of Motion as to why Additional Discovery beyond the Administrative Record is Required filed by Plaintiff Juan Santos ("Santos" or "Plaintiff").[1]

---

[1] On January 15, 2021, Plaintiff filed a Brief of Motion as to why additional Discovery beyond the Administrative Record is required.  ECF No. 9.  On January 19, 2021, Plaintiff filed a letter request (ECF No. 10) to replace ECF No. 9 with a "corrected" brief and filed a corrected brief (ECF No. 11).  Neither ECF No. 9 nor ECF No. 11 contained a motion, only briefs.  Defendants

The grounds for the Opposition are as follows, as more fully explained in the accompanying memorandum:

1. Plaintiff's claim is subject to the arbitrary and capricious standard of review and review is therefore limited to the administrative record, and

2. Plaintiff fails to specify additional discovery sought.

**WHEREFORE**, Defendants, ask that the Court:

(1) deny the Motion for Additional Discovery beyond the Administrative Record,

(2) grant such other or further relief as may be just, necessary or appropriate.

Respectfully submitted,

**JENNINGS SIGMOND, P.C.**

BY: /s/ Judith A. Sznyter
JUDITH A. SZNYTER
1835 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 351-0641
jsznyter@jslex.com
Counsel for Defendants

Date: February 15, 2021

---

prepared this opposition to Plaintiff's "corrected" Brief of Motion as to why additional Discovery beyond the Administrative Record is required filed at ECF No. 11.