# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JUAN SANTOS | : | |
| | : | No. 2:20-cv-09182 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.*, | : | ORDER DENYING PLAINTIFF'S BRIEF OF MOTION AS TO WHY ADDITIONAL DISCOVERY BEYOND THE ADMINISTRATIVE RECORD IS |
| Defendants. | : | REQUIRED |

Upon consideration of Defendants' Opposition to Plaintiff's Brief of Motion as to why Additional Discovery beyond the Administrative Record is Required, it is ORDERED:

1.  Plaintiff's Brief of Motion for Additional Discovery beyond the Administrative Record is DENIED.

BY THE COURT:

_____  _____
Date                         JAMES B. CLARK, III
                             United States Magistrate Judge