## **CERTIFICATE OF SERVICE**

I state under penalty of perjury that a copy of the foregoing Opposition to Plaintiff's Motion for Additional Discovery beyond the Administrative Record was served by electronic mail through the CM/ECF system to:

Dominick Minervini, Esquire
299 Julianne Terrace
Secaucus, New Jersey 07094
*Attorney for Plaintiff*

/s/Judith A. Sznyter
JUDITH A. SZNYTER, ESQUIRE

Dated: February 15, 2021

**THIS DOCUMENT HAS BEEN FILED ELECTRONICALLY AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM.**