**Santos v. The Trustees for the International Painters and Allied Trades Pension Fund,** *et al*.
**Civil Action No. 2:20-cv-09182-JMV-JBC**
**Administrative Record**

| Date | Description | Bates number |
|---|---|---|
| 01/31/18 | Juan Santos ("Santos") Pension Benefit Application and supporting documentation (Photo ID/passport) | AR00001-00007 |
| 01/31/18 | FCS Group LLC - Juan Santos paystub | AR00008 |
| 02/09/18 | Santos International Painters and Allied Trades Industry Pension Fund ("Pension Fund") Pension History Summary | AR00009-00010 |
| | Santos Work Detail History | AR00011-00012 |
| | IUPAT - Member Management for Santos | AR00013 |
| 02/20/18 | Letter from Pension Fund to Santos - denial of application for benefits | AR00014-00016 |
| 02/20/18 | Santos Pension Fund Pension History Summary | AR00017-00018 |
| 02/20/18 | Pension Application Checklist | AR00019 |
| 06/22/18 | Santos Pension Benefit Application with supporting documentation and proof of mailing | AR00020-00028 |
| 07/12/18 | Letter from Pension Fund to Santos enclosing payment election forms, benefit calculation printout and work detail history | AR00029-00034 |
| 07/03/18 | Pension Application Checklist | AR00035-00036 |
| 07/02/18 | Santos Benefit Calculation | AR00037-00038 |
| 07/02/18 | Santos Work Detail History | AR00039 |
| 07/02/18 | Santos Pension History | AR00040-00043 |
| 07/24/18 | Santos signed benefit election paperwork and proof of mailing | AR00044-00053 |
| 08/03/18 | Letter from Pension Fund to Santos regarding IUPAT Industry Pension Fund with check enclosure | AR00054-00055 |
| 10/18/18 | Letter from Pension Fund to Santos regarding Suspension of Benefits | AR00056-00057 |
| 10/18/18 | Pension Fund email correspondence regarding Santos | AR00058-00068 |
| 11/05/18 | Letter from Pension Fund to FCS Group, LLC re: Revised Compliance Audit | AR00069 |

| Date | Description | Bates |
|---|---|---|
|  | Novak Francella LLC Revised Compliance Audit of FCS Group, LLC | AR00070-00073 |
| 12/10/18 | Letter from D. Minervini, Esquire re: Suspension of Pension Benefits, received 12/13/18 | AR00074 |
| 12/13/18 | Letter from FCS Group, LLC to Pension Fund re Audit Period 1/1/15 - 12/31/17 | AR00075 |
| 01/15/19 | Letter from Pension Fund to FCS Group for Santos double payment | AR00076 |
|  | FCS Group check #029385 payable to IUPAT Pension Fund | AR00077 |
|  | FCS Group, LLC Remittance Report for Period 5/17-12/17 | AR00078-00079 |
| 12/29/17 | Letter from FC Group, LLC to Pension Fund re: Employee Santos Pension & Annuity Benefits 2017 | AR00080 |
| 12/29/17 | FCS Group, LLC check #029386 payable to Pension Fund | AR00081 |
|  | FCS Group, LLC Remittance Report for Period 1/17-4/17 | AR00082-00083 |
| 02/21/19 | Appeal Acknowledgement Letter | AR00084 |
| 03/21/19 | Santos - Pension History Summary | AR00085-00087 |
| 04/01/19 | Santos Appeal Summary | AR00088-00089 |
| 04/12/19 | Appeal Determination from Pension Fund to Santos | AR00090-00092 |
|  | IUPAT Pension Plan Rules and Regulations as Amended restated as of January 1, 2015, with Amendments 1 through 7 | AR10000-10164 |
|  | Summary of Material Modifications 2018 | AR10165-10167 |
|  | Summary Plan Description Effective January 1, 2015 | AR10168-10248 |