**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

May 24, 2021

**LETTER ORDER**

Re:   **SANTOS v. THE TRUSTEES FOR THE INTERNATIONAL PAINTERS AND ALLIED TRADES PENSION FUND et al**
**Civil Action No. 20-9182 (JMV)**

Dear Counsel:

The Court will conduct a telephone status conference with the parties in this matter on **June 21, 2021 at 12:00 P.M.** Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                                                s/ James B. Clark, III
                                                      **JAMES B. CLARK, III**
                                                      **United States Magistrate Judge**