**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

June 21, 2021

**LETTER ORDER**

Re:   **SANTOS v. THE TRUSTEES FOR THE INTERNATIONAL PAINTERS AND ALLIED TRADES PENSION FUND et al**
**Civil Action No. 20-9182 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in the above-captioned matter earlier today, the Court will conduct a settlement conference with the parties on **August 26, 2021 at 1:00 P.M.** All counsel and clients with full settlement authority shall participate in the conference. By no later than **August 23, 2021**, the parties shall submit separate confidential *ex parte* settlement position papers **not to exceed five (5) pages**. Such letters are not to be filed, but are to be sent directly to Chambers via email (**JBC_Orders@njd.uscourts.gov**).

   **IT IS SO ORDERED.**

                                                   s/ James B. Clark, III
                                                **JAMES B. CLARK, III**
                                                **United States Magistrate Judge**